IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MATTHEW C. PARADISE,<br><br>Plaintiff. | No. C 15-05757 EJD (PR)<br><br>**ORDER OF DISMISSAL** |

On December 16, 2015, Plaintiff filed a letter that were construed as an action pursuant to 42 U.S.C. § 1983.[1]  (Docket No. 1.)  On the same day, the Clerk sent Plaintiff a notice that he had not filed an In Forma Pauperis ("IFP") application or a proper complaint, and they needed to be filed within twenty-eight days or else the case would be dismissed.  (Docket Nos. 2 & 3.)  The deadline has passed and Plaintiff has not filed the required documents.  Accordingly, Plaintiff's case is DISMISSED.

Plaintiff has written several letters to the Court, stating that he is in the process of exhausting his administrative remedies and requesting that the Court therefore "hold" his case.  (Docket Nos. 6, 9 & 10.)  However, there is no basis for granting a stay where Plaintiff has not yet filed an actual complaint.  Furthermore, the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, 110 Stat. 1321 (1996) ("PLRA"), provides that "[n]o

---

[1]This matter was reassigned to this Court on January 4, 2016, after Plaintiff failed to consent to magistrate jurisdiction.  (Docket No. 8.)

Order of Dismissal
05757Paradise_dism-ifp&compl.wpd           1

1 action shall be brought with respect to prison conditions under [42 U.S.C. § 1983], or any
2 other Federal law, by a prisoner confined in any jail, prison, or other correctional facility
3 until such administrative remedies as are available are exhausted." 42 U.S.C. § 1997e(a).
4 Clearly, Plaintiff is still in the process of exhausting his administrative remedies.  He is
5 therefore advised that he may not file an action challenging prison conditions in this
6 Court until *after* he has exhausted all such administrative remedies.

The Clerk shall terminate any pending motions and close the file.

**IT IS SO ORDERED.**

DATED: 4/8/2016

EDWARD J. DAVILA
United States District Judge